UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

19-cr-06 MJD/SER

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1542 |
| | 18 U.S.C. § 1028A(a)(1) |
| v. | |
| ALAN WILLMER ALSLEBEN, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(False Statement in Application for Passport)

On or about September 13, 2018, in the State and District of Minnesota, the defendant,

**ALAN WILLMER ALSLEBEN,**

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, by identifying himself as D.D.A., a real person, on an application for a passport, knowing that statement to be false, in violation of Title 18, United States Code, Section 1542.

### COUNT 2
(Aggravated Identity Theft)

On or about September 13, 2018, in the State and District of Minnesota, the defendant,

**ALAN WILLMER ALSLEBEN,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to the commission of a felony violation enumerated

SCANNED
JAN 0 8 2019
KDS
U.S. DISTRICT COURT ST. PAUL

in Title 18, United States Code, Section 1028A(c)(7)—specifically the felony of False Statement in Application for Passport as described in Count 1—knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(6). Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6):

(A) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and

(B) any property, real or personal—

(i) that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense, or

(ii) that was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

If any of the above-described forfeitable property is unavailable, the United States intends to seek the forfeiture of substitute property as provided in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY          FOREPERSON