UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-cr-06

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALAN WILLMER ALSLEBEN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Government's Motion to Unseal the Indictment. NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is granted.

Dated: February 11, 2019        *s/Becky R. Thorson*
THE HONORABLE BECKY R. THORSON
United States Magistrate Judge