UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Alan Wilmer Alsleben,<br><br>                    Defendant. | Criminal No. 19-6 (MJD/TNL)<br><br>**[PROPOSED] ORDER** |

The parties jointly moved the Court for an order to reschedule the continued Change of Plea hearing and to schedule this matter for sentencing to a date and time that is convenient to the Court in early 2020.

For good cause shown, Defendant's Request is **GRANTED**.

**IT IS HEREBY ORDERED** that:

1.      The parties' motion to reschedule the Change of Plea hearing and to set this case for sentencing is **GRANTED**.

2.      The Change of Plea and sentencing hearing is scheduled for _____.

Dated:   December __, 2019

_____
MICHAEL J. DAVIS
United States District Judge